470 A.2d 1026

Commonwealth v. Corish, Appellant.

Submitted November 7, 1983. Jeffery M. Cook, Assistant Public Defender, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and POPOVICH, JJ.

Order affirmed.

472 A.2d 229

Commonwealth v. Cromwell, Appellant.

Reargument Denied March 14, 1984.

Petition for Allowance of Appeal
Denied Oct. 1, 1984.

Submitted March 9, 1983. Alan Ellis, for appellant; John F. Nelson, III, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and MONTEMURO, JJ.

Order affirmed.